*E-Filed 10/8/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RALPH LUGO, | No. C 13-1145 RS (PR) |
| Plaintiffs, | **ORDER EXTENDING TIME** |
| v. | |
| DRS. MICHAEL SAYRE, and NNENNA IKEGBU, | |
| Defendants. | |

Plaintiff's motion to extend time to file a dispositive motion (Docket No. 10) is GRANTED. Plaintiff shall file a dispositive motion, or notice regarding such motion, on or before January 13, 2014. This order terminates Docket No. 10.

**IT IS SO ORDERED**.

DATED: October 8, 2013

RICHARD SEEBORG
United States District Judge

No. C 13-1145 RS (PR)
ORDER EXTENDING TIME