*E-Filed 1/10/14*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RALPH LUGO, | No. C 13-1145 RS (PR) |
| Plaintiff, | **ORDER EXTENDING TIME** |
| v. | |
| DRS. MICHAEL SAYRE, and NNENNA IKEGBU, | |
| Defendants. | |

Defendants' motion to extend time to file a dispositive motion (Docket No. 16) is GRANTED.  Defendants shall file a dispositive motion, or notice regarding such motion, on or before March 14, 2014.  This order terminates Docket No. 16.

**IT IS SO ORDERED**.

DATED: January 10, 2014

_____
RICHARD SEEBORG
United States District Judge